Appendix 1-01 to LBR 1007.1(F)
(Must be filed by every individual debtor)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In Re: )
Austin-Lemmon, Laurel Diane ) Case No.
)
)

**DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE
OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)**

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because _____

☒ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on 05/16/2018 (date) by _____ (debtor)
Laurel Diane Austin-Lemmon

| | | | | |
|---|---|---|---|---|
| Check Number: | 36566 | | | |
| Employer: | AUSTIN JOSHUA A | | | |
| Employee: | Laurel Austin-Lemmon | | | |
| | 17715 W 86th St | | | |
| | Lenexa | | | |
| | KS 66219 | | | |
| Pay Date: | May 03, 2018 | | | |
| Pay Period: | 04/01/2018 - 04/15/2018 | | | |

**Message:** Please remember to contact us if you change your address or account information.

### Earnings

| | Rate | Hours | Period | Year to Date |
|---|---|---|---|---|
| PCS | | 83.50 | 899.39 | |
| Gross Earnings | | | 899.39 | 6,482.73 |

### Withholdings & Deductions

| | Period | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 41.81 | 268.79 |
| SOCIAL SECURITY | 0.00 | 0.00 |
| MEDICARE | 0.00 | 0.00 |
| STATE INCOME TAX | 27.22 | 186.13 |
| Total Withholdings & Deductions | | 0.00 |
| Total Taxes | 69.03 | 454.92 |
| Net Earnings | 830.36 | 6,027.81 |

### Deposits Distributions

| | Account Number | Amount |
|---|---|---|
| CHECKING ACCT | | 830.36 |

Check Number: 35941
Employer: AUSTIN JOSHUA A
Employee: Laurel Austin-Lemmon
17715 W 86th St
Lenexa
KS 66219
Pay Date: April 18, 2018
Pay Period: 03/16/2018 - 03/31/2018

Message: Please remember to contact us if you change your address or account information.

### Earnings

| | Rate | Hours | Period | Year to Date |
|---|---|---|---|---|
| PCS | | 51.00 | 549.34 | |
| Gross Earnings | | | 549.34 | 5,583.34 |

### Withholdings & Deductions

| | Period | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 6.81 | 226.98 |
| SOCIAL SECURITY | 0.00 | 0.00 |
| MEDICARE | 0.00 | 0.00 |
| STATE INCOME TAX | 13.15 | 158.91 |
| Total Withholdings & Deductions | | 0.00 |
| Total Taxes | 19.96 | 385.89 |
| Net Earnings | 529.38 | 5,197.45 |

### Deposits Distributions

| | Account Number | Amount |
|---|---|---|
| CHECKING ACCT | | 529.38 |

| | | |
|---|---|---|
| Check Number: | 35284 | |
| Employer: | AUSTIN JOSHUA A | |
| Employee: | Laurel Austin-Lemmon | |
| | 17715 W 86th St | |
| | Lenexa | |
| | KS 66219 | |
| Pay Date: | April 03, 2018 | |
| Pay Period: | 03/01/2018 - 03/15/2018 | |

**Message:** Please remember to contact us if you change your address or account information.

### Earnings

| | Rate | Hours | Period | Year to Date |
|---|---|---|---|---|
| PCS | | 82.00 | 883.26 | |
| Gross Earnings | | | 883.26 | 5,034.00 |

### Withholdings & Deductions

| | Period | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 40.20 | 220.17 |
| SOCIAL SECURITY | 0.00 | 0.00 |
| MEDICARE | 0.00 | 0.00 |
| STATE INCOME TAX | 26.38 | 145.76 |
| Total Withholdings & Deductions | | 0.00 |
| Total Taxes | 66.58 | 365.93 |
| Net Earnings | 816.68 | 4,668.07 |

### Deposits Distributions

| | Account Number | Amount |
|---|---|---|
| CHECKING ACCT | | 816.68 |