**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 5th day of July, 2018.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE:

Laurel Diane Austin-Lemmon

Case No. 18-20986-RDB-7

Debtor(s)

### ORDER ON REAFFIRMATION AGREEMENT

A Reaffirmation Agreement between Debtor(s) and **Nebraska Furniture Mart (Doc 13)** has been filed with the Court on **June 29, 2018**.

COURT ORDER:

The Court does not disapprove the reaffirmation agreement under 11 U.S.C. § 524(m).

# # #

# United States Bankruptcy Court
## District of Kansas

In re:  
Laurel Diane Austin-Lemmon  
      Debtor

Case No. 18-20986-RDB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1083-2      User: susan     Page 1 of 1     Date Rcvd: Jul 06, 2018  
Form ID: pdf020     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
db              +E-mail/PDF: laurelaustin@icloud.com Jul 06 2018 21:00:04     Laurel Diane Austin-Lemmon,
                 17715 W 86th ST,    Lenexa, KS 66219-8030
cr              +E-mail/Text: bankruptcy@nfm.com Jul 06 2018 21:00:49         Nebraska Furniture Mart,   PO BOX 3000,
                 Omaha, NE 68103-3030
8984574          E-mail/Text: bankruptcy@nfm.com Jul 06 2018 21:00:49         Nebraska Furniture Mart,   PO Box 3456,
                 Omaha, NE 68103
                                                                                                          TOTAL: 3
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2018 at the address(es) listed below:

```
          Eric D. Bruce    on behalf of Creditor    Heartland Credit Union mail@ksadvocates.com
          Malissa L Walden    on behalf of Debtor Laurel Diane Austin-Lemmon mlwalden@wplawpractice.com,
           bankruptcy@wplawpractice.com
          Patricia E. Hamilton    phamilton@stevensbrand.com, ks12@ecfcbis.com
          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
          Valerie L Smith    on behalf of Creditor    PRA Receivables Management, LLC claims@recoverycorp.com
                                                                                             TOTAL: 5
```