| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Laurel Diane Austin–Lemmon** | Social Security number or ITIN **xxx–xx–8159** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| | | Date Notice Issued: **9/20/18** |
| United States Bankruptcy Court   **District of Kansas** | | |
| Case number/Judge:   **18–20986 / Robert D. Berger** | | |

# Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Laurel Diane Austin–Lemmon
aka Laurel Lemmon, aka Laurel Austin

9/20/18                                                                 **By the court:**   Robert D. Berger
                                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                        **Order of Discharge**                                        page 1

Case 18-20986    Doc# 19    Filed 09/22/18    Page 1 of 4

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                    District of Kansas
In re:                                                              Case No. 18-20986-RDB
Laurel Diane Austin-Lemmon                                          Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 1083-2          User: susan               Page 1 of 2           Date Rcvd: Sep 20, 2018
                              Form ID: 318              Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
```
8984560        +Clifford L Lemmon,    17715 W 86th ST,    Lenexa, KS 66219-8030
8984564        #EBIX Health Administration Exchange,    PO Box 15250,    Loves Park, IL 61132-5250
8984565        +Heartland Credit Union,    Po Box 1645,    Hutchinson, KS 67504-1645
9004731        +Heartland Credit Union,    PO Box 75037,    Wichita, KS 67275-0037
8984567        +JO ANN BUTAUD,    EVANS & MULLINIX, P.A.,    7225 RENNER RD, STE 200,    SHAWNEE, KS 66217-3046
8984570        +KC Wellness Institute,    10628 W 87th ST,    Overland Park, KS 66214-1651
8984568        +Kansas Dept of Administration,    OSM Payroll Garnishments,    ESOB Suite 300,
                 700 SW Harrison St,    Topeka KS 66603-3929
8984573        +Mr. Cooper,    PO Box 619094,    Dallas, TX 75261-9094
8984575        +Northland Group Inc,    PO Box 390905,    Minneapolis MN 55439-0905
8984576        +Office of the US Attorney,    Robert J. Dole US Courthouse,    Suite 360,    500 State Ave,
                 Kansas City, KS 66101-2400
8984577        #Paypal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
8984578        +Phillips & Cohen Associates,    1002 Justison Street,    Wilmington, DE 19801-5148
8984580        +Stuart Pase,    PO Box 7170,    Overland Park, KS 66207-0170
8984582        +U.S. Attorney,    Room 5510, U.S. Courthouse,    400 East 9th Street,
                 Kansas City, MO 64106-2607
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db             +E-mail/PDF: laurelaustin@icloud.com Sep 20 2018 22:04:52     Laurel Diane Austin-Lemmon,
                 17715 W 86th ST,    Lenexa, KS 66219-8030
cr             +E-mail/Text: bankruptcy@nfm.com Sep 20 2018 22:06:15     Nebraska Furniture Mart,   PO BOX 3000,
                 Omaha, NE 68103-3030
8984559        +EDI: TSYS2.COM Sep 21 2018 01:28:00      Barclays Bank Delaware,    Po Box 8803,
                 Wilmington, DE 19899-8803
8984561        +EDI: WFNNB.COM Sep 21 2018 01:28:00      Comenity Bank,    Po Box 182789,
                 Columbus, OH 43218-2789
8984562        +EDI: DISCOVER.COM Sep 21 2018 01:28:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
8984563        +EDI: TSYS2.COM Sep 21 2018 01:28:00      Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
8984566         EDI: IRS.COM Sep 21 2018 01:28:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia PA 19101-7346
8984569         E-mail/Text: KDOR_KSBANKRUPTCY@KS.GOV Sep 20 2018 22:07:27      Kansas Dept of Revenue,
                 Civil Tax Enforcement,    PO Box 12005,    Topeka, KS 66601-3005
8984571        +EDI: CBSKOHLS.COM Sep 21 2018 01:28:00      Kohls Payment Center,    PO Box 3115,
                 Milwaukee, WI 53201-3115
8984574         E-mail/Text: bankruptcy@nfm.com Sep 20 2018 22:06:15      Nebraska Furniture Mart,    PO Box 3456,
                 Omaha, NE 68103
8985691        +EDI: PRA.COM Sep 21 2018 01:28:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
8984579        +E-mail/Text: kansascity.bnc@ssa.gov Sep 20 2018 22:06:44      Social Security Administration,
                 Mid-America Program Center,    PO Box 15531,    Kansas City, MO 64106-0531
8984581        +EDI: RMSC.COM Sep 21 2018 01:28:00      Synchrony Bank,    Attn: Bankruptcy Dept,    PO Box 965061,
                 Orlando, FL 32896-5061
8984583         EDI: USBANKARS.COM Sep 21 2018 01:28:00      US Bank,    PO Box 790408,    St Louis, MO 63179-0408
8984584         EDI: USBANKARS.COM Sep 21 2018 01:28:00      Us Bank Hogan LOC,    PO Box 5227,
                 Cincinnati, OH 45201
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8984572         Lifetime Fitness
cr*            +Heartland Credit Union,    PO Box 75037,    Wichita, KS 67275-0037
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                  TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
              Eric D. Bruce    on behalf of Creditor    Heartland Credit Union mail@ksadvocates.com
              Malissa L Walden    on behalf of Debtor Laurel Diane Austin-Lemmon mlwalden@wplawpractice.com,
               bankruptcy@wplawpractice.com
              Patricia E. Hamilton    phamilton@stevensbrand.com, ks12@ecfcbis.com;jalberg@stevensbrand.com
              Patricia E. Hamilton    on behalf of Trustee Patricia E. Hamilton phamilton@stevensbrand.com,
               ks12@ecfcbis.com;jalberg@stevensbrand.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              Valerie L Smith    on behalf of Creditor    PRA Receivables Management, LLC claims@recoverycorp.com
                                                                                            TOTAL: 6
```